1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JOHNNY HEARD,                              Case No. 1:22-cv-01184-CDB (PC)

12                    Plaintiff,

13          v.                                   ORDER TRANSFERRING CASE TO THE
                                                 SACRAMENTO DIVISION OF THE
14    YOLO COUNTY SHERIFF'S                       EASTERN DISTRICT OF CALIFORNIA
      DEPARTMENT,
15
                      Defendant.
16

17

18          Plaintiff Johnny Heard is a state prisoner proceeding *pro se* in this civil rights action

19    filed under 42 U.S.C. § 1983.

20          The federal venue statute requires that a civil action, other than one based on diversity

21    jurisdiction, be brought only in

22          (1) a judicial district where any defendant resides, if all defendants are residents
            of the State in which the district is located, (2) a judicial district in which a
23          substantial part of the events or omissions giving rise to the claim occurred, or a
            substantial part of the property that is the subject of the action is situated, or (3)
24          if there is no district in which an action may otherwise be brought as provided in
            this section, any judicial district in which any defendant is subject to the court's
25          personal jurisdiction with respect to such action.

26    28 U.S.C. § 1391(b).  Under Local Rule 120(f), the Court may *sua sponte* transfer a civil action

27    that has not been commenced in the proper court to another venue within this district.  Because

28    the alleged violations in this case occurred at a detention facility in Yolo County and Defendant

1   Yolo County Sheriff's Department "resides" in Yolo County, venue lies in the Sacramento

2   Division.  Therefore, the action will be transferred to the Sacramento Division.

3           Accordingly, it is HEREBY ORDERED:

4       1.      This action is transferred to the United States District Court for the Eastern District

5   of California sitting in Sacramento; and

6       2.      All future filings shall refer to the new Sacramento case number assigned and shall

7   be filed at:

8                           United States District Court
                            Eastern District of California
9                           501 "I" Street, Suite 4-200
                            Sacramento, CA 95814
10

11      3.      This Court has not ruled on Plaintiff's request to proceed *in forma pauperis*.

12
    IT IS SO ORDERED.
13

14      Dated:   **October 19, 2022**            _____

15                                               UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28